# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2009

138606

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re BRADLEY WILLIAM MILLER, JR.,
Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
   Petitioner-Appellee,

v

            SC: 138606
            COA: 287955
            St. Joseph CC Family Division:
            08-000318-NA

GLORIA L. ALLERTON,
    Respondent-Appellant,

and

BRADLEY WILLIAM MILLER, SR.,
    Respondent.

_____/

   On order of the Court, the application for leave to appeal the March 10, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2009

s0428

_____
Clerk